**Devion RUSSELL, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102934**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: March 15, 2016

For Appellant: Timothy J. Forneris, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

For Respondent: Nathan J. Aquino, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Devion Russell (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief. On appeal, Movant claims the motion court erred by denying his post-conviction motion without an evidentiary hearing because he pleaded facts unrefuted by the record that his plea counsel was ineffective for pressuring him to plead guilty. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).